**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Thomas Luke GUAGLIARDO,**
**Defendant–Appellant.**

**No. 01–50066.**

United States Court of Appeals,
Ninth Circuit.

April 10, 2002.

Before BROWNING, FERNANDEZ, and FISHER, Circuit Judges.

### ORDER

The panel has unanimously voted to deny the petition for rehearing. Judges Fernandez and Fisher have voted to deny the petition for rehearing en banc, and Judge Browning so recommends.

The full court has been advised of the petition for an en banc rehearing, and no judge of the court has requested a vote on the petition. Fed. R.App. P. 35(b).

The petition for rehearing is denied and the petition for rehearing en banc is rejected.